FILED

05/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0610

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 20-0610

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>LYNDSAY M. LALICKER ,<br><br>        Petitioner/Appellee,<br><br>and<br><br>CHAD J. HARTKOPF,<br><br>        Respondent/Appellant. | **ORDER GRANTING EXTENSION OF TIME** |

Upon consideration of Appellant's Unopposed Motion for Extension of Time to File Opening Brief, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant Chad J. Hartkopf is granted an extension of time to and including June 9, 2021, within which to file his Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 5 2021